

FILED

10/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0426

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0426

JESUS VILLANUEVA,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

OCT - 3 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Jesus Villanueva moves this Court for reconsideration of an August 15, 2023 Order granting his Petition for an Out-of-Time Appeal yet denying his motion for appointment of counsel. Villanueva asks this Court to reconsider his motion for appointment of counsel, pursuant to § 46-8-104(3), MCA, whereby extraordinary circumstances are defined as having no access to legal materials or a mental condition or limitation "that prevents the petitioner or appellant from reading or writing in English." He adds that he has not prepared the motion. This Court deems his motion a petition for rehearing. M. R. App. P. 20(1).

As stated before, Villanueva appeals a June 21, 2023 Order denying his petition for postconviction relief, issued in the Thirteenth Judicial District Court, Yellowstone County. This Court previously stated that Villanueva represented himself in District Court and that he is not entitled to appointment of counsel in this appeal of a postconviction proceeding. While Villanueva contends that he qualifies for appointment of counsel, we have concluded otherwise, pursuant to Montana law.

We conclude that Villanueva is not entitled to rehearing. M. R. App. P. 20(1)(d). Therefore,

IT IS ORDERED that Villanueva's deemed Petition for Rehearing is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Jesus Villanueva personally.

DATED this ____ day of October, 2023.

_____

_____

_____

_____

_____
Justices